UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO,<br><br>   Movant,<br><br>v.<br><br>OPORTUN, INC.,<br><br>   Respondent. | Case No.: 3:25-mc-80358-TSH<br><br>**ORDER EXTENDING TIME TO RESPOND TO MOVANT'S MOTION TO COMPEL AND FILE REPLY** |

  The Court, having read and considered the Stipulation to Extend Time to Respond to Movant's Motion to Compel and File Reply By 14 Days, hereby grants the requested extension of the response and reply deadlines.

  **IT IS HEREBY ORDERED** that Respondent Oportun, Inc.'s response to Movant's Motion to Compel is to be filed on or before December 8, 2025, and Movant may file any reply on or before December 15, 2025.

DATED: December 1, 2025

               _____
               Hon. Thomas S. Hixson
               United States Magistrate Judge