UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO,<br><br>    Movant,<br><br>v.<br><br>OPORTUN, INC.,<br><br>    Respondent. | Case No.: 3:25-mc-80358-TSH<br><br>**ORDER EXTENDING TIME TO RESPOND TO MOVANT'S MOTION TO COMPEL AND FILE REPLY** |

The Court, having read and considered the Second Stipulation to Extend Time to Respond to Movant's Motion to Compel and File Reply By 30 Days, hereby grants the requested extension of the response and reply deadlines.

**IT IS HEREBY ORDERED** that Respondent Oportun, Inc.'s response to Movant's Motion to Compel is to be filed on or before January 7, 2026, and Movant may file any reply on or before January 14, 2026.

DATED: December 11, 2025

_____
Hon. Thomas S. Hixson
United States Magistrate Judge

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOVANT'S MOTION TO COMPEL AND FILE REPLY