UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD ALEXANDER GARCIA DELGADO ,

           Plaintiff(s),

      v.

OPORTUN, INC. ,

         Defendant(s).

Case No. 3:25-mc-80358-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** (CIVIL LOCAL RULE 11-3)

I, McKenzie Czabaj , an active member in good standing of the bar of Arizona , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Movant in the above-entitled action. My local co-counsel in this case is Jenna Dakroub , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CA Bar #350170 .

8095 North 85th Way, Scottsdale, AZ 85258
MY ADDRESS OF RECORD

(480) 626-2376
MY TELEPHONE # OF RECORD

mczabaj@consumerjustice.com
MY EMAIL ADDRESS OF RECORD

16130 Ventura Blvd, Ste 300, Encino, CA 91436
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(602) 807-1525
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jdakroub@consumerjustice.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: AZ Bar #036711.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __April 16, 2026__                                          McKenzie Czabaj_____
                                                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __McKenzie Czabaj_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  __April 17, 2026_____

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                                         2