UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ronald Alexander Garcia Delgado          ,

Plaintiff(s),

v.

Oportun, Inc.                    ,

Defendant(s).

Case No. 3:25-mc-80358-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Natalia S. Kruse          , an active member in good standing of the bar of Minnesota and admitted in the District of MN , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Oportun, Inc.          in the above-entitled action. My local co-counsel in this case is Kimberly Chew          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 251263          .

80 S 8th St, Ste 4800, Minneapolis, MN 55402
MY ADDRESS OF RECORD

612-852-2700
MY TELEPHONE # OF RECORD

Natalia.Kruse@huschblackwell.com
MY EMAIL ADDRESS OF RECORD

1999 Harrison St, Ste 1300, Oakland, CA 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

510-768-0627
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Kimberly.Chew@huschblackwell.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0504307          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/5/26

Natalia S. Kruse
APPLICANT

====================

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Natalia S. Kruse is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 6, 2026

UNITED STATES MAGISTRATE JUDGE

Updated 11/2021

2